NO. 07-10-0030-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 AUGUST 18, 2010

 MICHAEL ANTHONY FOSTER,

 Appellant
 v.

 THE STATE OF TEXAS,

 Appellee
 ___________________________

 FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY;

 NO. 1172868R; HONORABLE GEORGE WILLIAM GALLAGHER, PRESIDING

 Memorandum Opinion

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 After a jury trial, Michael Anthony Foster was convicted of serious
bodily injury to a child. He seeks reversal of that conviction because the
trial court denied him the right of self-representation. We reverse the
judgment.
 Via letter dated July 14, 2010, the State conceded that the trial
court erred by denying appellant his right to self-representation and that
the error was not subject to a harm analysis. Given this concession, we
reverse the judgment of the trial court and remand the cause for further
proceedings.

 Per Curiam

Do not publish.